UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | | |
|---|---|---|
| TARA LOTT, | ) | No: 2:23-cv-04071-KES |
|     Plaintiff, | ) | |
| | ) | ORDER AWARDING EAJA FEE |
|     v. | ) | |
| | ) | |
| MARTIN J. O'MALLEY[1] Commissioner of Social Security, | ) ) | |
|     Defendant. | ) ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND NINE HUNDRED DOLLARS AND NO/100 ($5,900.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: February 14, 2024

_Karen E. Scott_
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

---

[1] "Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)."